

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00309-CV

**Malladi Sudhakar Reddy, M.D.**

**v.**

**Dianna Lynn Veedell and Maury Veedell**

NO. 2013-23734 IN THE 157TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $35.00 | 06/03/2014 | PAID | APE |
| SUPP CLK RECORD | $94.00 | 05/30/2014 | PAID | APE |
| STATEWIDE EFILING | $20.00 | 05/08/2014 | E-PAID | ANT |
| FILING | $175.00 | 05/08/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 05/01/2014 | E-PAID | ANT |
| CLK RECORD | $107.00 | 04/28/2014 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $441.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this June 26, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**